# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Progressive Advanced Insurance Co., | ) |
| Plaintiff, | ) ) ) ) ) |
| vs. | ) )   Case No. 4:20-cv-01779 UNA |
| Ruth Terrill, et al, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

The above styled and numbered case was opened on December 15, 2020 and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and assigned to the Honorable Stephen R. Welby, Jr., United States Magistrate Judge, under cause number 2:20-cv-00080-**SRW**.

**IT IS FURTHER ORDERED** that cause number 4:20-cv-01779 UNA be administratively closed.

GREGORY J. LINHARES<br>
CLERK OF COURT

Dated: December 16, 2020         By: Michele R. Crayton
                                 Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:20-cv-00080-SRW.**